## C. A. Anderson, Appellee, v. H. P. Crane, Appellant.

## Gen. No. 5,794.　(Not to be reported in full.)

Appeal from the Circuit Court of Kane county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

### Statement of the Case.

Action by C. A. Anderson against H. P. Crane to recover for labor performed for defendant by plaintiff's employe. From a judgment in favor of plaintiff, defendant appeals.

CHARLES B. HAZLEHURST and GEORGE D. CARBARY, for appellant.

HARRY G. HEMPSTEAD, for appellee.

Mr. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. ACCOUNT STATED, § 5*—effect of retention of statement rendered. Fact an account is rendered and retained without objection, after the expiration of a reasonable time within which to object to the correctness of the charges, tends to establish an admission by debtor of the correctness of the bill.

2. EVIDENCE, § 259*—when totals instead of items competent to prove account. A book containing totals, held competent evidence to prove an account where the itemized account has been destroyed by fire.

3. APPEAL AND ERROR, § 472*—what necessary to preserve objection to conduct of trial judge. Objection to conduct of trial judge in asking questions cannot be first urged on appeal.

4. APPEAL AND ERROR, § 511*—when general objection to secondary evidence insufficient. General objection insufficient to reach improper admission of oral evidence to establish the contents of a statement of account sent to the debtor, where failure to notify debtor to produce the original is relied on to show such evidence was incompetent.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.